IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,** | : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | |
| **STEPHEN FICCHI, et al.,** | : : | |
| Defendants. | : | NO. 10-555 |

**O R D E R**

AND NOW, this 10th day of June 2011, having considered the Ficchi Defendants' Motion to Dismiss the Amended Complaint (Doc. No. 14), State Farm's Response thereto (Doc. No. 17), the Ficchi Defendants' Reply (Doc. No. 18), as well as the representations of counsel at oral argument, it is hereby ORDERED that the Motion is GRANTED without prejudice for the reasons discussed in the accompanying memorandum.

BY THE COURT:

S/Gene E.K. Pratter
GENE E. K. PRATTER
UNITED STATES DISTRICT JUDGE