IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,** | : : : | **CIVIL ACTION** |
| Plaintiffs, | : : | |
| v. | : : | |
| **STEPHEN FICCHI, et al.,** | : : | |
| | : | **NO. 10-555** |
| Defendants. | : | |

## O R D E R

AND NOW, this 4th day of May, 2012, upon consideration of the Motion to Dismiss filed by the Knox/Shenko Defendants (Doc. No. 45), the Motion to Dismiss filed by the Ficchi Defendants (Doc. No. 46), and the Motion for Rule 11 Sanctions filed by the Knox/Shenko Defendants (Doc. No. 65), and all responses thereto, it is hereby ORDERED as follows:

1. The Knox/Shenko Defendants' Motion to Dismiss (Doc. No. 45) is DENIED.

2. The Ficchi Defendants' Motion to Dismiss (Doc. No. 46) is DENIED.

3. The Knox/Shenko Defendants' Motion for Rule 11 Sanctions (Doc. No. 65) is DENIED.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE