# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STATE FARM MUTUAL | : | CIVIL ACTION |
| AUTOMOBILE INSURANCE | : | |
| COMPANY, et al., | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | No. 10-0555 |
| STEPHEN FICCHI, et al., | : | |
| Defendants. | : | |

## **ORDER**

It is ordered on December 10, 2014 that defendant's request for disclosure of the plaintiff's litigation reports, submitted for in camera review on December 9, 2014, is DENIED.

BY THE COURT:

 /s/   Timothy J. Rice_____
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE