## EXHIBIT C - FORM OF JUDGMENT

### THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** and **STATE FARM FIRE AND CASUALTY COMPANY** | : : : : : : | **CIVIL ACTION** No. 10-0555 |
| **vs.** | : : | **JURY TRIAL DEMANDED** |
| **STEPHEN FICCHI, D.O.,** and **FRANK SHENKO, MSPT, CPT,** and **J. WILLIAM KNOX, Ph.D.,** and **ORTHO-SPORT REHABILITATION, L.L.C.,** and **FICCHI, STEPHEN, D.O.P.C.,** and **OLNEY PAIN MANAGEMENT, L.L.C.,** and **BENSALEM PAIN MANAGEMENT CENTER, L.L.C.,** and **SOUTH PHILADELPHIA PAIN MANAGEMENT, L.L.C.,** | : : : : : : : : : : : : : : : | |

### CIVIL JUDGMENT

**AND NOW**, this _____9th_____ day of _June_, 2015, Defendants, Stephen Ficchi, D.O.,

Ficchi, Stephen, D.O.P.C., Olney Pain Management, L.L.C., Bensalem Pain Management

Center, L.L.C., and South Philadelphia Pain Management, L.L.C., after having been provided the

opportunity to consult with legal counsel and after understanding the legal issues, law and

evidence that could be introduced at trial, offers and consents to the entry of judgment as

follows:

Judgment is entered against Defendants, Stephen Ficchi, D.O., Ficchi, Stephen, D.O.P.C.,

Olney Pain Management, L.L.C., Bensalem Pain Management Center, L.L.C., and South

Philadelphia Pain Management, L.L.C. and in favor of Plaintiffs, State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company in the amount of $1,500,000.00 on all counts of Plaintiffs' Second Amended Complaint in the above-captioned litigation

**Ficchi, Stephen, D.O.P.C.**

By: _____
   Name:
   Title:

Date: ____ 10-9-15 _____

**Olney Pain Management, L.L.C.**

By: _____
   Name:
   Title:

Date: ____ 10-9-15 _____

**Stephen Ficchi, D.O.**

By: _____

Date: ____ 10-9-15 _____

**Bensalem Pain Management Center, L.L.C.**

By: _____
   Name:
   Title:

Date: ____ 10-9-15 _____

**South Philadelphia Pain Management, L.L.C.**

By: _____
   Name:
   Title:

Date: ____ 10-9-15 _____

BY THE COURT:

_____
The Honorable Timothy R. Rice

5-23-17